UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

JULIUS BRYANT SENIOR,

Defendant.

Case No. 25cr00313 (CKK-ZMF)

**ORDER**
**(October 6, 2026)**

This case was referred by the undersigned to Magistrate Judge Zia M. Faruqui for a hearing on the violation of Defendant Julius Bryant Senior's supervised release and a Report and Recommendation. *See* Amended Order of Referral, ECF No. 6. Defendant's violation of supervision involved an arrest in Washington, D.C., resulting in a charge of possession with intent to distribute a controlled substance, for which he received a suspended sentence and a five-year term of supervised release. *See* Probation Petition, ECF No. 2. Pending before this Court is Magistrate Judge Faruqui's [7] Report and Recommendation.

In the instant case, Magistrate Judge Faruqui conducted multiple hearings involving Defendant, his counsel, the Government, and the Probation Office, *inter alia*, to monitor Defendant's compliance with substance abuse treatment and testing and Defendant's progress with obtaining employment. *See* docket entries for March 27, 2026 (initial appearance on revocation proceedings), May 4, 2026 (status hearing), and June 12, 2026 (final hearing on violation).

In his Report and Recommendation, Magistrate Judge Faruqui notes that, at the March 27, 2026 initial appearance on revocation proceedings, the Probation Office reported that it had

completed a "successful home visit" and reported that Defendant's "urinalysis results were negative for the presence of narcotics" and further that "Defendant was attending treatment." Report and Recommendation, ECF No. 7, at 2. At the May 4, 2026 status hearing, the Probation Officer reported Defendant's "regular communication" with the Probation Office and further, that Defendant had "actively sought employment, participated in job interviews, submitted to drug testing with negative results, and participated in [voluntary] drug treatment." *Id.* Finally, at the June 12, 2026 final hearing on violation, the Probation Office reported that Defendant had obtained employment with a towing company in Maryland and that Defendant's residence and family life remained stable. *Id.*

At that revocation hearing, "Defendant admitted the violation," but based on his "exemplary compliance," the Government and the Probation Office "recommended revocation, sentencing Defendant to a period of time served, and imposing a period of supervised release to end on March 3, 2027[.]" *Id.* at 2-3. Accordingly, in his Report and Recommendation, Magistrate Judge Faruqui indicates that:

> The undersigned recommends a finding that the Defendant violated the conditions of his supervised release. The Defendant must be revoked based on this admission. Given the Defendant's recent success, that he remains fully compliant, participates in treatment, maintains employment, and the agreement of the parties, the undersigned further recommends sentencing him to a period of time served and imposing a period of supervised release to end on March 3, 2027.

The parties filed no objections to the Report and Recommendation. Accordingly, it is this

6th day of October, 2026,

**ORDERED** that the [7] Report and Recommendation is hereby ADOPTED. A Judgment on Revocation will be issued indicating that Defendant Julius Bryant Senior is sentenced to a period of time served and imposing a period of supervised release to end on March 3, 2027. The Clerk's Office shall close the referral to Magistrate Judge Faruqui.

Colleen Kollar-Kotelly
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE